■ GERALDINE SCUTO et al., Appellants, v. JOSEPH SAAB, Respondent.— Motion granted and order entered November 8, 1957 amended *nunc pro tunc* to allow service of amended complaint by plaintiff Geraldine Scuto, within 20 days of service of copy of amending order; judgment dismissing complaint of both plaintiffs entered in Erie County Clerk's office November 20, 1957 vacated as to plaintiff Geraldine Scuto. Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ. [See 4 A D 2d 1000.]

■ ELMER A. VARY, Plaintiff, v. STEPHEN J. CHAMPLIN, Defendant.— Appeal dismissed, without costs, upon stipulation.

## FIRST DEPARTMENT, JANUARY, 1958

### (January 14, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARNOLD SCHILDHAUS against RANDOLPH B. GRASHEIM, as Warden of the Bronx House of Detention for Men.— Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRED JENKINS.— Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ 400 REALTY CORP. et al., v. FRED DE MENDEZ.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

### (January 16, 1958)

■ 64TH ST. RESIDENCES, INC., et al., Appellants, v. CITY OF NEW YORK et al., Respondents, and FORDHAM UNIVERSITY et al., Intervenors-Respondents. — Motion for stay denied. Motion for preference in hearing the appeal granted. Settle order on notice. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD ZAREMBO against ISABEL ZAREMBO.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of HEADLEY C. WILSON against GAS CONSUMERS SERVICE et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT PECORINO and JAMES RODGERS against RANDOLPH GRASHEIM, as Warden of the Pentitentiary of the City of New York, Bronx County.— Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergen, JJ.

### (January 21, 1958)

■ PHILIP V. WAGNER, Respondent, v. ISABEL M. WAGNER, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, Stevens and Bergan, JJ.

■ JACOB KROMBERG, Appellant, v. HENRY G. WARNER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.